SO ORDERED: January 26, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF03505R (rev 08/2014)

In re:

**James R. Gaetano**,
**Debra A. Gaetano**,
     Debtors.

Case No. **15–90184–BHL–13**

### ORDER ON MOTION TO REOPEN BANKRUPTCY CASE

A Motion to Reopen Bankruptcy Case was filed on January 25, 2016, by Joint Debtor Debra A. Gaetano and Debtor James R. Gaetano.

**IT IS ORDERED** that the Motion to Reopen Bankruptcy Case is **GRANTED** and that this case is reopened.

###